THE PEOPLE OF THE STATE OF NEW YORK ex rel. METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. WILLIAM STANLEY MILLER and Others, etc., Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOTEL WOODSTOCK REALTY COMPANY, INC., Appellant, v. WILLIAM STANLEY MILLER and Others, etc., Respondents.— On the evidence in this case the fixation of an assessed valuation in any sum higher than $1,000,000 (land $625,000, buildings $375,000) for either year involved was not justified. Orders unanimously modified by reducing the total assessments to $1,000,000 for each of the years 1937 and 1938, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellants. Settle order on notice. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

WILLIAM W. GREEN, Appellant, Respondent, v. VIRGINIA GREEN, Respondent, Appellant.— Order unanimously reversed, without costs, and the matter referred to Hon. Richard P. Lydon, official referee, to take proof and report to Special Term on the issue of the parties' financial capacities. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RUDOLPH BACILIERI, an Infant, under the Age of 14 Years, by RALPH BACILIERI, His Guardian ad Litem, and RALPH BACILIERI, Respondents, v. CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.; Glennon, J., dissents and votes to reverse and dismiss the complaint on the ground that no negligence was shown on the part of the defendant; Dore, J., dissents and votes to reverse and grant a new trial on the ground that the verdict was against the weight of the credible evidence.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. WISCONSIN HOLDING Co., INC., Appellant, Impleaded with Others, Defendants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

ROY MUSIC Co., INC., a Domestic Corporation, Appellant, v. LEO FEIST, INC., a Domestic Corporation, Respondent.— The plaintiff having taken the position that its action is based solely on the claim of unfair competition, the second defense is stricken out as insufficient. Order unanimously modified by granting the motion to strike out the second defense, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD KORNBLUM, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

CARMELLA LOMEDICO, an Infant, by Her Guardian ad Litem, JOSEPH LOMEDICO, Appellant, v. LOMAN ENGINEERING, INC., and ELIZABETH BARBE, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.